**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000112**
**03-FEB-2025**
**02:55 PM**
**Dkt. 63 ORD**

NO. CAAP-22-0000112

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE OF
J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A7,
Plaintiff-Appellee,
v.
MARK ALLEN MCMILLAN, INDIVIDUALLY AND TRUSTEE FOR THE
MCMILLAN ESTATE TRUST, AN IRREVOCABLE TRUST ESTATE
DATED MARCH 13, 2011 also known as MARK ALLEN MCMILLAN,
TRUSTEE FOR THE MCMILLAN ESTATE TRUST,
Defendant-Appellant,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS
NOMINEE FOR MORTGAGEIT, INC.; UNITED STATES OF AMERICA;
STATE OF HAWAII – DEPARTMENT OF TAXATION; EDWARD HAUSMAN;
LORRAINE SILVA-HAUSMAN; THE PRINCIPALITY OF ALOHA;
CROWN LAND ESTATE OF KAUIKEAOULI PROBATE ESTATE 2410
also known as THE CROWN ESTATE OF KING KAUIKEAOULI P-2410,
A ROYAL PROBATE TRUST ESTATE RECEIVED IN ACCOMMODATION
BY TRUSTEE, KAILINAMOIWALE PAIEA; INTERNATIONAL MONETARY FUND,
Defendants-Appellees,
and
JOHN and MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS OR
OTHER ENTITIES 1-20, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC171000387)


**ORDER WITHDRAWING SUMMARY DISPOSITION ORDER**
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon review of the Notice of Filing of Bankruptcy
Petition filed by **HSBC** Bank USA, National Association on
February 3, 2025, it appears that Mark Allen **McMillan** filed a

petition for relief under Chapter 13 of the United States Bankruptcy Code (11 U.S.C. § 101 et seq.) on January 22, 2025, triggering the automatic stay provisions of 11 U.S.C. § 362;

Therefore, IT IS HEREBY ORDERED that the Summary Disposition Order entered on January 31, 2025, is withdrawn.

IT IS HEREBY FURTHER ORDERED that HSBC comply with Hawaiʻi Rules of Appellate Procedure Rule 54(b) concerning termination of, or other grant of relief by the federal district or bankruptcy court from, the stay of proceedings.

DATED: Honolulu, Hawaiʻi, February 3, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge